IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 11-0219
 ((((((((((((((((

 John W. Overton, Petitioner

 v.

 Mae W. Overton, Respondent

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The petitioner's motion to extend time to file petition for
review, filed on Marcy 24, 2011, is ABATED.
 2. The motion is removed from the Court's active docket. It is
the parties' responsibility to immediately notify this Court once the court
of appeals' decision is final. See Tex. R. App. P. 53.7(a).

 Done at the City of Austin, this 4th day of April, 2011.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk